THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES CORTI, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.